### Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 67  

**IP Address:** 67.247.100.27  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0<br>File Hash: B520ACEA749A3A476BF843A6477E83EEEF03C2FB032653664139EBF800AD87A1 | 02-23-2022 03:25:01 | Blacked Raw | 12-18-2018 | 02-02-2019 | PA0002155391 |
| 2 | Info Hash: D50BF8212FE5D98D5F36C1B12E745F493E67C6DE<br>File Hash: 1EC6AF2A9B6F2C1940561B49D1B98E76A25192B5E03C0783E6E0C143961D87D7 | 02-23-2022 03:24:25 | Blacked Raw | 04-02-2018 | 04-17-2018 | PA0002116078 |
| 3 | Info Hash: 0075912858F26F4B9B02968E5B9913617E3F3830<br>File Hash: D19DE7E11241A54E88C807833D4C62AB0E74BF1D7C22D6D23A6E3AFBBFB0412C | 02-17-2022 02:28:38 | Blacked | 11-11-2019 | 11-27-2019 | PA0002213994 |
| 4 | Info Hash: FB74770301183194E022950AB806F22711E1D882<br>File Hash: F46BFB163A513B7F3E12142FBD8465F06FA30094AA36D8A3EA740283856110EB | 02-17-2022 02:27:31 | Blacked Raw | 05-02-2019 | 05-28-2019 | PA0002200769 |
| 5 | Info Hash: FE14ADE82FF2485EC91596EA5FFA5176B048BE2B<br>File Hash: C161AAA66AB37090297EE2D9AC234DCF2A078F7712FCFC4EBCB65E5B51942831 | 02-11-2022 23:47:36 | Blacked Raw | 07-21-2018 | 09-01-2018 | PA0002119592 |
| 6 | Info Hash: 0AC75990739A686B555938ABFD3276F73FF69DFF<br>File Hash: 2CA5AA073582E71D9492E7E3E529F4816734EFC58D3451C35339EE6074EEA6F0 | 02-08-2022 04:21:16 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 7 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 02-08-2022 01:40:29 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 8 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02-08-2022 00:56:21 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 514B51629D4D5819251EECE898BB86FD2D18E4B9<br>File Hash: EBA6F057C933B2CF5D729A7D0880D9D6D29CE45CF238BE1195471BBBE2C20814 | 02-02-2022 13:41:36 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 10 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 01-28-2022 16:49:46 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 11 | Info Hash: 90AF3C86FC0ECD0146DDFE57BFEAA4E26D079194<br>File Hash: 6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 01-28-2022 16:48:13 | Blacked Raw | 07-06-2019 | 08-02-2019 | PA0002192304 |
| 12 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash: 6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 01-27-2022 01:28:01 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 13 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01-27-2022 00:49:39 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 14 | Info Hash: 20A31492E4DFCCA3CC8A003B8AF1E4C3AB92381A<br>File Hash: 36884B340C306E825BDD40BEE68D6F6C9A34061CDC2FA08A3D4EA65D36898447 | 01-26-2022 01:45:59 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 15 | Info Hash: DB497BED967866328C462CD1A231FA28CB64FD11<br>File Hash: FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 01-26-2022 01:12:56 | Blacked Raw | 01-17-2020 | 02-20-2020 | PA0002229055 |
| 16 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash: 753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 01-26-2022 01:07:15 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 17 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash: 8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 01-16-2022 22:09:04 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 72EEB8B989BBD4163D5F6EBE4E2DF5BF1F498BC5<br>File Hash: 1373DD10B1CE99D95F75C03BF2ECE5896414D6D45F2640C8ACA45E70ABD6D149 | 01-13-2022 01:11:48 | Blacked Raw | 03-03-2019 | 04-17-2019 | PA0002186905 |
| 19 | Info Hash: 2ADE8763346FFA11FC1395267FDA45ACC89C677C<br>File Hash: CAC816B88E76CA37F722E7F92736C38A9916269EB659FEA2E78918D83D06D7D8 | 01-12-2022 01:04:49 | Blacked Raw | 11-03-2018 | 12-10-2018 | PA0002145823 |
| 20 | Info Hash: AE562DC6C598F65D0E72B777FADE3865AFD9BB09<br>File Hash: 8D1B406F1DD3C9C600BC39994A9BCEBF5181701FAB9E52FF16A6DD1C51098344 | 01-12-2022 01:04:44 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 21 | Info Hash: 7D0D6DA35D52C71A720392F45BDE107C238414E5<br>File Hash: 2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 01-12-2022 01:03:58 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 22 | Info Hash: 2F04F6C86CD963F0A279C179D9C5D6C3845D2ABC<br>File Hash: B51D6CCC450103FD15B728E148D080EB7AFAC26902D0C6F7B9140525B4A1EFD6 | 01-12-2022 01:03:50 | Blacked Raw | 08-17-2020 | 09-05-2020 | PA0002255472 |
| 23 | Info Hash: 12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E<br>File Hash: 7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 01-12-2022 01:03:45 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 24 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash: 332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 01-12-2022 01:03:43 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 25 | Info Hash: 627F067A825068EC66FEA346AE926A27FBBBE574<br>File Hash: B9B9A9FEEBFD45D3BEC77D31CF031214C18B215F939CB14EAE4FB7CA4B948652 | 01-12-2022 01:03:42 | Blacked Raw | 10-09-2018 | 11-01-2018 | PA0002143427 |
| 26 | Info Hash: 17B1792C83AEBC91585F95157D74A5375A45D307<br>File Hash: A29E60835180E18203D9B7E6FB317C457E09F8B5BD30EA86E96ECF283140F5EE | 01-12-2022 01:03:34 | Blacked Raw | 09-14-2019 | 10-01-2019 | PA0002217360 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 284E4E396F1F787478E836FEEF797DE00E33D5E4<br>File Hash: C73311CD2890C6A77952ECBEDBCAEF582E16811B208D95CF9B9474DE8756B0A7 | 01-12-2022 01:03:30 | Blacked Raw | 10-14-2018 | 11-01-2018 | PA0002143424 |
| 28 | Info Hash: 9997CF8CCB71D608B88FA34B3CAB2A89E02853D7<br>File Hash: 7D6C351F29E6D586CEA8AA86EAF5C7A51AD7ABA9B48A61642DC35882F5FCF87C | 01-12-2022 01:03:28 | Blacked Raw | 04-27-2019 | 07-05-2019 | PA0002206379 |
| 29 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 01-12-2022 01:03:27 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 30 | Info Hash: A25F0F8A58F9E53C1BF9249E70F2C692B76AE904<br>File Hash: 383B652E94E363EBCD7F9E4B25446F83FDFB8CA5AD89BFE66B6765E4192E1C6C | 01-12-2022 01:03:27 | Blacked Raw | 01-12-2019 | 02-02-2019 | PA0002155388 |
| 31 | Info Hash: E47F7819E387006EB1D77B9898FF77A04FEDF08E<br>File Hash: 6489A5756D77481118F79951F9A43A993F5F9D578270D65B40DAC95768AAA30F | 01-11-2022 21:56:08 | Blacked Raw | 01-22-2018 | 02-20-2018 | PA0002104185 |
| 32 | Info Hash: 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8<br>File Hash: C066017535B7C091F2C4A43060E4FCAC273287C23CB26C3F48178E5B761E13DE | 01-11-2022 21:54:26 | Blacked Raw | 08-10-2018 | 09-05-2018 | PA0002135668 |
| 33 | Info Hash: 485B6FBDEBDBF83F4A83EACCE13716BE56D68BC0<br>File Hash: C514FB7B61621CD592F7479B34A543B0087276B132FC0A72CF471B35A850A4EA | 01-11-2022 21:53:36 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 34 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 01-11-2022 21:53:21 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 35 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 01-11-2022 21:53:17 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B0CE169D460B3E10FDC06D60342FA7FD5FBE531B<br>File Hash: E701C43864BC713E4129A4F6CD46A51E0378F2B4D49F69835C388B372747A4C4 | 01-11-2022 21:53:14 | Blacked Raw | 11-13-2018 | 12-10-2018 | PA0002145836 |
| 37 | Info Hash: ED466871609E7DC2E85010617F35513AA9AEE67F<br>File Hash: FD9F72CE4EC2B71735568CB460069F5870A3B95E6BBF3A55F9F09066E09EBBA2 | 01-11-2022 18:30:54 | Blacked Raw | 01-07-2020 | 02-03-2020 | PA0002236198 |
| 38 | Info Hash: A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10<br>File Hash: 0DA0A02F8E265B68005EC6FD03EEAC066D55D2074C9D040A502ED891C041C01C | 01-11-2022 18:30:50 | Blacked Raw | 05-22-2018 | 07-14-2018 | PA0002128073 |
| 39 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash: 2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 01-11-2022 18:29:20 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 40 | Info Hash: 06F39379F3307C4AF45B6ED9D488BCD8AD3FFDC1<br>File Hash: 9F0AEB41EE8822CA68B922E874E1C9D2D88188A591B4B4969D4EDC57ECB51286 | 01-11-2022 18:27:33 | Blacked Raw | 07-11-2018 | 08-07-2018 | PA0002131894 |
| 41 | Info Hash: F9E101EA92C17F5285F5E7917D00B7654F42CFE6<br>File Hash: 8D523235639B57DC52B6E51CA086557BC03C1B8FB03FDDE4373B80563446DBEC | 01-11-2022 18:27:16 | Blacked Raw | 06-06-2018 | 07-14-2018 | PA0002128447 |
| 42 | Info Hash: ED7876C01554DC0240AEC5A97EC30C00050D406F<br>File Hash: 4516D9BAA03BE3C57E19ACC0A54C047E0FB91F2E2D968B4F274661933EEEB154 | 01-11-2022 18:26:36 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 43 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 01-11-2022 18:26:36 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 44 | Info Hash: 5185106CA66587111FB0177135DA5DC71FDF90D5<br>File Hash: AE1C62B285E3369E825651167854A3C504ADE56B66AE602CFB6D433593D5A87F | 01-11-2022 18:26:14 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 01-11-2022 18:25:02 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 46 | Info Hash: FE27534F0A43907D070795DDF984F707E0FEDCF1<br>File Hash: 2E2112D600A76F0B030C381DB306667268C759E220CEE041A5B523D6CB631DAA | 01-11-2022 15:33:14 | Blacked Raw | 06-06-2019 | 08-02-2019 | PA0002192288 |
| 47 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash: CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 01-07-2022 21:09:23 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 48 | Info Hash: 3E9768CECEFE74C19E577A5392B5CC85ADE4138E<br>File Hash: 7B7688102D59385E4185DD3D2FBCCE65B6CFE5A001B4E33A7FF83B20D84F5978 | 12-25-2021 22:00:15 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 49 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 11-20-2021 06:40:21 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 50 | Info Hash: DE77246EE34EE1CDD79ED93E2A72D390952AEDBA<br>File Hash: 7A9703274C30670E88D5C893C87B8F218D90C72E0AE6635F0BFB38807695E4B7 | 10-30-2021 16:05:30 | Blacked Raw | 07-26-2019 | 09-10-2019 | PA0002199417 |
| 51 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 10-16-2021 18:48:09 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 52 | Info Hash: 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5<br>File Hash: 7483CFAD2ABCB5652EA25BEFA703766A4EB32441025CDB9F4198CD1A77E0DB3F | 10-16-2021 14:31:37 | Blacked | 04-30-2018 | 05-24-2018 | PA0002101364 |
| 53 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 10-15-2021 05:02:01 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 09-30-2021 12:25:35 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 55 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 09-16-2021 20:25:44 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 56 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 08-10-2021 00:47:39 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 57 | Info Hash: 49E920F163B2C9EF2C175D4BDFA8E00D957F0478<br>File Hash: EC0A7B41FAC1631FA099BE682C6FD8A4C367B0A6C18AE62A24E272827DF7BA5D | 08-10-2021 00:15:12 | Blacked | 04-25-2019 | 05-28-2019 | PA0002200766 |
| 58 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 08-10-2021 00:09:29 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 59 | Info Hash: 97411C3987A905CD4C458D6A88BC8EB53796B51B<br>File Hash: 169C2D70CE4F3BF1320FE3AB4A5BF7A90BF0429D9734BBF6A872DA7BF3CAA5C0 | 08-09-2021 23:48:33 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 60 | Info Hash: 4E4710DB086CC599EB415393962F652D351183C1<br>File Hash: 954FECED35CF927A3EF98B9AC19FAA2D83C511F8EF0DB3C80F75C34AA10BD607 | 07-13-2021 01:01:47 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 61 | Info Hash: F5E931AB78F7394210896FEC71ADFB7C43276832<br>File Hash: 8E2BEF7AF870C92A364F805705266C4615109944B38A0E6D420610D5979E2A9D | 07-04-2021 13:16:40 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 62 | Info Hash: 143ED56E751B662F727B52D79C441FBCC16BB177<br>File Hash: 6E468AF507E2B8CA74CF0E8AB4CC91C10A7F4D5FFA43B66EE393ED88FB48F9FD | 07-04-2021 04:18:30 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 07-04-2021 04:17:46 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 64 | Info Hash: A4217C332CF806017EE6C8CF1E5151DFF8833788<br>File Hash: A5C5CCE866EC37B20892846DE00B32E7F46D3E3BCED9E20695DD1B57A161F291 | 07-04-2021 04:10:33 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 65 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash: CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 07-04-2021 04:06:39 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 66 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash: 12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 07-04-2021 04:05:03 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 67 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-04-2021 03:58:00 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |